MOT
Daniel Allum
Nevada State Bar No. 9744
P.O. Box 1349
Logandale, NV 89021
(702) 249-4864
danny@allumlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jana Forsythe et al, | Case Number 2:16-CV-01867-GMN-VCF |
| *Plaintiffs* | **MOTION TO SEAL AND REDACT EXHIBIT** |
| v. | |
| Reno-Sparks Indian Colony et all, | |
| *Defendants* | |

Pursuant to Federal Rule of Civil Procedure 7(b), Plaintiffs Jana Forsythe and FEI Construction respectfully move to seal Exhibit A at Docket 2-1, filed August 7, 2016, until redaction of the tax identification number on page 6.

In support of this motion, the Plaintiffs rely on the following Memorandum of Points and Authorities.

Dated August 9, 2016.

Respectfully submitted,

/s/ Daniel Allum
Nevada Bar No. 9744
danny@allumlaw.com
(702) 249-4864

**MEMORANDUM OF POINTS AND AUTHORITIES**

1    Exhibit 6 was mistakenly filed in violation of Federal Rule of Civil Procedure 5.2(a)(1) and
2  Local Rule IC 6-1(6). Federal Rule of Civil Procedure 5.2 requires redaction of this private
3  information. Plaintiffs have not served process on any of the defendants and respectfully request
4  opportunity to correct this redaction violation before serving process on the defendants.
5    For these reasons, Plaintiffs respectfully requests that the Court seal Exhibit 6 until the
6  tax number is redacted.

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**Dated:** ___8-11-2016_____