# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JANA FORSYTHE and FORSYTHE ENTERPRISES, INC., dba FEI CONSTRUCTION,<br><br>  Plaintiffs,<br><br>vs.<br><br>RENO-SPARKS INDIAN COLONY, *et al.*,<br><br>  Defendants. | 2:16-cv-01867-GMN-VCF<br>**ORDER** |

On May 23, 2017, a status hearing was set for October 25, 2017. Chief Judge Navarro entered an Order granting the motion to dismiss on August 30, 2017 and the Clerk's Judgment was entered on August 31, 2017. (ECF Nos. 38 and 39).

Plaintiff has now filed a Motion to Alter, Amend, or Vacated, Judgment pursuant to Fed. R. Civ. P. 59(e). (ECF No. 40).

Accordingly,

IT IS HEREBY ORDERED that the status hearing set for October 25, 2017 is VACATED and RESCHEDULED to 10:00 AM, January 26, 2018, in Courtroom 3D.

DATED this 24th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE