# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JANA FORSYTHE and FORSYTHE ENTERPRISES, INC., dba FEI CONSTRUCTION,<br><br>    Plaintiffs,<br><br>vs.<br><br>RENO-SPARKS INDIAN COLONY, *et al.*,<br><br>    Defendants. | 2:16-cv-01867-GMN-VCF<br>**ORDER** |

Before the Court is the Notice of Disassociation of Counsel (ECF No. 47). Joshua M. Halen is no longer associated with the law firm of Laxalt & Nomura, Ltd.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Notice of Disassociation of Counsel (ECF No. 47) is GRANTED.

IT IS FURTHER ORDERED that the status hearing scheduled for 10:00 AM, January 26, 2018, is VACATED.

IT IS FURTHER ORDERED that Defendants' Motion to Appear Telephonically (ECF Nos. 48 and 49) are DENIED as MOOT.

DATED this 23rd day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE